**ORAL ARGUMENT NOT YET SCHEDULED**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| RISE ST. JAMES, et al.,              ) <br> ) <br> *Petitioners*,      ) <br> ) <br> v.                                            ) <br> ) <br> U.S. ENVIRONMENTAL PROTECTION ) <br> AGENCY, et al.,                     ) <br> ) <br> *Respondents*.     ) <br> ) | Case No. 20-1336 (and consolidated case) |

**UNOPPOSED MOTION TO EXTEND THE DATE FOR FILING MOTIONS TO GOVERN**

Respondents United States Environmental Protection Agency, et al., (collectively "EPA") request that the Court extend, until March 14, 2024, the date for the parties in these consolidated cases to file a motion (or motions) to govern further proceedings. Counsel for all the other parties in this case have authorized the undersigned counsel to represent that they do not oppose the relief requested by this motion. Accordingly, this motion is unopposed. The grounds for this motion are as follows:

1. These consolidated cases challenge regulations promulgated by EPA under the Clean Air Act, titled: "National Emission Standards for Hazardous Air Pollutants: Generic Maximum Achievable Control Technology Standards Residual

1

Risk and Technology Review for Ethylene Production; Final Rule,"85 Fed. Reg. 40,386 (July 6, 2020). On September 4, 2020, and September 11, 2020, the Environmental Petitioners and Industry Petitioners, respectively, filed administrative petitions with EPA seeking reconsideration of this Rule.

2. The Court previously placed these cases in abeyance because EPA intended to undertake administrative proceedings that pertain to portions of the agency action challenged in this case. Most recently, the Court's order dated July 31, 2023, placed these cases in abeyance until further order of the Court and required the parties to file a motion or motions to govern further proceedings by December 15, 2023.  Doc. No. 2010192.

3. On April 27, 2003, EPA published in the Federal Register a proposed rulemaking action that pertains to the Agency's ongoing review.  88 Fed. Reg. 25574 (April 27, 2023).  The Agency is continuing to review comments it received in response to the rulemaking proposal. How EPA finalizes the proposal could affect the scope of this litigation and next steps.

4. In view of this, EPA requests that the Court extend until March 14, 2024, the date for the parties to file a motion (or motions) to govern further proceedings. As set out above, all parties in this case do not oppose the relief requested by this motion.

2

WHEREFORE, EPA requests that the Court extend the date for the parties in these consolidated cases to file a motion (or motions) to govern further proceedings until March 14, 2024.

Respectfully submitted,

/s/   David Kaplan
DAVID J. KAPLAN
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044
Tel:  (202) 514-0997
david.kaplan@usdoj.com

*Counsel for Respondents EPA, et al.*

## CERTIFICATE OF COMPLIANCE WITH FEDERAL RULES OF APPELLATE PROCEDURE 27(D) & 32(A)

This motion complies with the requirements of Fed. R. App. P. 27(d)(2) because it contains 366 words, excluding any accompanying documents authorized by Fed. R. App. R. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ David Kaplan
DAVID KAPLAN

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2024, I electronically filed the foregoing pleading with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, which will accomplish service to participants in this case that are, as required, registered CM/ECF users.

                                            /s/ David Kaplan
                                            DAVID KAPLAN