# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 20-1336**  **September Term, 2023**

EPA-85FR40386

**Filed On: July 5, 2024** [2063168]

RISE St. James, et al.,

    Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S.
Environmental Protection Agency,

    Respondents

------------------------------

Consolidated with 20-1340

## O R D E R

Upon consideration of the unopposed motion to govern and to hold case in abeyance, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by October 1, 2024.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
           Catherine J. Lavender
           Deputy Clerk