# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 20-1336** | **September Term, 2024** |
| | **EPA-85FR40386** |
| | **Filed On: November 21, 2024** [2085951] |

RISE St. James, et al.,

      Petitioners

      v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S.
Environmental Protection Agency,

      Respondents

------------------------------

Consolidated with 20-1340

## O R D E R

Upon consideration of the unopposed motion to extend deadlines, it is

**ORDERED** that the motion be granted. Responses to the motions to govern future proceedings are now due December 6, 2024. Any replies are now due December 20, 2024.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                        BY:    /s/
                                      Catherine J. Lavender
                                      Deputy Clerk