# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-1336**                                  **September Term, 2024**

**EPA-85FR40386**

**Filed On: April 9, 2025** [2110099]

RISE St. James, et al.,

      Petitioners

    v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, U.S.
Environmental Protection Agency,

      Respondents

------------------------------

Consolidated with 20-1340

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be returned to the court's active docket. It is

**FURTHER ORDERED** that the parties file motions to govern future proceedings by May 9, 2025.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                  BY:   /s/
                              Laura M. Morgan
                              Deputy Clerk